UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MATTHEW SHAMBURGER,

                              Plaintiff,

-against-

BLADIMIR KA and SBD TRUCKING LLC,

                              Defendants.
------------------------------------------------------------------X

Docket No.:

**PETITION FOR REMOVAL**

## TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

1. On February 24, 2022, a Summons and Complaint was filed in the Supreme Court of the State of New York, County of Queens, and thereafter served upon defendants at their corporate office. The index number is 704115/2022.

2. The above described action is a civil action for which the court has jurisdiction under 28 U.S.C. 1332(a)(1) and is one which may be removed to this court by the petitioner/defendants herein pursuant to the provision of 28 U.S.C. § 1441(a).

3. Plaintiff alleges in his complaint to be a resident of the State of New York. A copy of the Summons and Complaint is annexed hereto as **Exhibit A.**

4. The court's jurisdiction is based upon diversity of citizenship as provided in 28 U.S.C. § 1332(a)(1) in that the plaintiff and defendants are citizens of different states.

5. BLADIMIR GARCIA LORENZO i/s/h/a BLADIMIR KA is a resident of the State of New Jersey, County of Essex.

6. SBD TRUCKING LLC is a New Jersey corporation that has its principal place of business located at 14 Sumo Village Court, Newark, New Jersey 07144

7. Upon information and belief, the amount in controversy exceeds $75,000 in that plaintiff sustained severe injuries in the accident which led to at least two surgeries. See police investigation report, **Exhibit B**.

8. Petitioner/defendants will pay all costs and disbursements incurred by reason of the removal proceedings hereby brought should it be determined that this action is not removable or is improperly removed.

9. Venue in the Eastern District of New York is proper pursuant to 28 U.S.C. § 112 and 28 § U.S.C. 1391(a).

WHEREFORE, petitioner prays that the above action now pending against it in the Supreme Court of the United States, County of Kings, be removed therefrom to the United States District Court for the Eastern District of New York in accordance with U.S.C. § 1441(a) and § 1446.

Dated: Mineola, New York
March 24, 2022

By: _____
ANGELO J. BONGIORNO, ESQ.
BONGIORNO, MONTIGLIO, MITCHELL & PALMIERI, PLLC
Attorneys for Defendants
SBD TRUCKING LLC and BLADIMIR GARCIA-LORENZO i/s/h/a BLADIMIR KA
200 Old Country Road, Suite 680
Mineola, New York 11501
(516) 620-4490
Our File No.: SEDNS 028522 AJB

TO: ROSENBERG & RODRIGUEZ, PLLC
Attorneys for Plaintiff
87 Church Street
Freeport, New York 11520
(516) 442-7310

# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------x
MATTHEW SHAMBURGER,

                        Plaintiff,

- against -

BLADIMIR KA and SBD TRUCKING LLC,

                        Defendants.
-----------------------------------------------------------------x

Filed on: _____

Index No.: _____

Plaintiff designates Queens County as place of trial

**SUMMONS**

The basis of venue is Plaintiff's residence

Plaintiff resides at
MATTHEW SHAMBURGER
117-43 135th Street
Jamaica, New York 11420

To the above named Defendants:

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with the summons, to serve a notice of appearance on Plaintiff's Attorneys within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: Freeport, New York
       February 17, 2022

                                                              Yours etc.,

                                                              ROSENBERG & RODRIGUEZ, PLLC

                                                               *[signature]*

                                                              _____
                                                              **By: Ivan J. Rodriguez, Esq.**
                                                              Attorneys for Plaintiff:
                                                              MATTHEW SHAMBURGER
                                                              87 Church Street
                                                              Freeport, New York 11520
                                                              Tel: (516) 442-7310

<u>Defendants' Addresses</u>:

BLADIMIR KA
14 Sumo Village CT
Newark, NJ 07144

SBD TRUCKING LLC
14 Sumo Village CT
Newark, NJ 07144

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
--------------------------------------------------------------x   Index No.: _____
MATTHEW SHAMBURGER,

                Plaintiff,                  **COMPLAINT**

    - against -

BLADIMIR KA and SBD TRUCKING LLC,

                Defendants.
--------------------------------------------------------------x

     Plaintiff, MATTHEW SHAMBURGER, by his attorneys, ROSENBERG AND RODRIGUEZ PLLC, complaining of Defendants herein, respectfully sets forth and alleges as follows, upon information and belief:

1. At all times mentioned, Plaintiff MATTHEW SHAMBURGER was and still is a resident of Queens County, City and State of New York.

2. At all times mentioned, Defendant BLADIMIR KA was and still is a resident of Essex County, City of Newark, and State of New Jersey.

3. At all times mentioned, Defendant SBD TRUCKING LLC was and still is a domestic corporation licensed and authorized to conduct business in the State of New Jersey.

4. At all times mentioned, Defendant SBD TRUCKING LLC was and still is a limited liability company licensed and authorized to conduct business in the State of New Jersey.

5. At all times mentioned, Defendant SBD TRUCKING LLC was a business entity created and licensed under the laws of the State of New Jersey.

6. That on or about June 16, 2020, Defendant BLADIMIR KA was a registered owner of a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

7. That on or about June 16, 2020, Defendant BLADIMIR KA was a titled owner of a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

8. That on or about June 16, 2020, Defendant BLADIMIR KA was a lessor of a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

9. That on or about June 16, 2020, Defendant BLADIMIR KA was a lessee of a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

10. That on or about June 16, 2020, Defendant BLADIMIR KA maintained a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

11. That on or about June 16, 2020, Defendant BLADIMIR KA operated a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

12. That on or about June 16, 2020, Defendant BLADIMIR KA controlled a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

13. That on or about June 16, 2020, Defendant BLADIMIR KA operated the aforementioned motor vehicle with the knowledge and consent of the vehicle's owner, Defendant SBD TRUCKING LLC.

14. That on or about June 16, 2020, Defendant BLADIMIR KA operated the aforementioned motor vehicle as part of and within the scope of his employment with Defendant SBD TRUCKING LLC.

15. That on or about June 16, 2020, Defendant SBD TRUCKING LLC was a registered owner of a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

16. That on or about June 16, 2020, Defendant SBD TRUCKING LLC was a titled owner of a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

17. That on or about June 16, 2020, Defendant SBD TRUCKING LLC was a lessor of a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

18. That on or about June 16, 2020, Defendant SBD TRUCKING LLC was a lessee of a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

19. That on or about June 16, 2020, Defendant SBD TRUCKING LLC maintained a 2013 Volvo motor vehicle bearing New Jersey State license plate number AW163L.

20. That on or about June 16, 2020, Plaintiff MATTHEW SHAMBURGER was operating a 2011 Kenworth motor vehicle bearing New York license plate number AE7725.

21. That at all times mentioned, Interstate 495, in the village of Lake Success was and still is a public road, street, crossing and/or thoroughfare in Nassau County, State of New York.

22. That on or about June 16, 2020, at approximately 11:38 a.m., the vehicle owned by Defendant SBD TRUCKING LLC and being operated by Defendant BLADIMIR KA came into contact and collided with the vehicle being operated by Plaintiff MATTHEW SHAMBURGER.

23. That the aforementioned collision occurred on Interstate 495, near exit 32 W/B, in the Lace Success, Nassau County, State of New York.

24. That as a result of the aforesaid occurrence, Plaintiff MATTHEW SHAMBURGER was damaged in his mind and body and sustained serious and/or permanent injuries as defined by § 5102(d) of the Insurance Law of the State of New York.

25. That as a result of the aforesaid occurrence, Plaintiff MATTHEW SHAMBURGER suffered "serious injuries" and was required to seek and obtain medical attention in an effort to cure and alleviate the same and will be compelled to do so in the future.

26. That Plaintiff MATTHEW SHAMBURGER sustained a "serious injury" as defined in § 5102 of the Insurance Law of the State of New York and is entitled to recover for non-economic loss, pain, suffering, disfigurement and disability, as well as for economic loss in excess of basic economic loss.

27. That as a result of the aforesaid occurrence, Plaintiff MATTHEW SHAMBURGER was caused economic damages and expenses including but not limited to, and past, current and future medical expenses and lost earnings.

28. That the aforesaid occurrence and the injuries sustained by Plaintiff MATTHEW SHAMBURGER were caused and brought about by the careless, negligent and reckless actions, faults, omissions and neglects of Defendants in their ownership, maintenance, management, operation and control of Defendants' motor vehicle.

29. That this matter falls within one or more exceptions of the CPLR § 1602.

**WHEREFORE,** Plaintiff MATTHEW SHAMBURGER demands judgment against Defendants in excess of the jurisdictional limits of all lower courts, together with costs, fees and disbursements of this action.

Dated: Freeport, New York
        February 17, 2022

Yours etc.,

ROSENBERG & RODRIGUEZ, PLLC

*[signature]*

_____
**By: Ivan J. Rodriguez, Esq.**
Attorneys for Plaintiff:
MATTHEW SHAMBURGER
87 Church Street
Freeport, New York 11520
Tel: (516) 442-7310

FILED: QUEENS COUNTY CLERK 02/24/2022 12:14 PM
NYSCEF DOC. NO. 1

Case 1:22-cv-01653-LDH-VMS   Document 1   Filed 03/25/22   Page 10 of 15 PageID #: 13
INDEX NO. 702215/2022
RECEIVED NYSCEF: 02/24/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------x
MATTHEW SHAMBURGER,

                      Plaintiff,

- against -

BLADIMIR KA and SBD TRUCKING LLC,

                      Defendants.
-----------------------------------------------------------------x

Index No.: _____

## SUMMONS & COMPLAINT

Attorneys for: Plaintiff

        ROSENBERG & RODRIGUEZ., PLLC
        87 Church Street
        Freeport, New York 11520
        Tel: (516) 442-7310

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: February 17, 2022

                                                    _____
                                                    Ivan J. Rodriguez, Esq.

# EXHIBIT "B"

# POLICE ACCIDENT REPORT

**New York State Department of Motor Vehicles**
MV-104A (6/04)

ABS-7 (1/1) Page 1 of 3 Pages
Local Codes: CZLSB4HZJCGN
☐ AMENDED REPORT   DMV COPY

## 1. Accident Info
- Accident Date: Month 06 Day 16 Year 2020
- Day of Week: Tues
- Military Time: 11:38
- No. of Vehicles: 4
- No. Injured: 3
- No. Killed: 0
- Not Investigated at Scene: ☐
- Accident Reconstructed: ☐
- Left Scene: ☐
- Police Photos: ☒ No

## VEHICLE 1
- Driver License ID Number: G055409930002902
- State of Lic.: NJ
- Driver Name: KA, BLADIMIR
- Address: 14 SUMO VILLAGE COURT
- City: NEWARK, State: NJ, Zip: 07114(XXX)
- Registrant Name: SBD TRUCKING LLC
- Address: 14 SUMO VILLAGE CT
- City: NEWARK, State: NJ, Zip: 07144
- Plate Number: AW163L
- State of Reg: NJ
- Vehicle Year & Make: 2013 VOL
- Vehicle Type: TRAC
- Ins. Code: 989

### Vehicle 1 Damage Codes
- Box 1 - Point of Impact: 1
- Box 2 - Most Damage: 3
- Additional: 3, 4, 5
- More: 12, 5
- Vehicle Towed: By TIP TOP To TIP TOP

## VEHICLE 2
- Driver License ID Number: 294812951
- State of Lic.: NY
- Driver Name: TIWARI, GHANSHYAM
- Address: 139 PLAINVIEW RD
- City: WOODBURY, State: NY, Zip: 11797(XXX)
- Registrant Name: TIWARI, HIMANSHU
- DOB: 01/22/1985
- Address: 139 PLAINVIEW RD
- City: WOODBURY, State: NY, Zip: 11797
- Plate Number: HWW2460
- State of Reg: NY
- Vehicle Year & Make: 2017 JAGU
- Vehicle Type: SUBN
- Ins. Code: 639

### Vehicle 2 Damage Codes
- Box 1 - Point of Impact: 8¹
- Box 2 - Most Damage: 8²
- Additional: 2³, 9⁴, 7⁵
- Vehicle Towed: By TIP TOP To TIP TOP

## Accident Diagram
Rear End, Left Turn, Right Angle, Right Turn, Head On, Sidewipe (same direction), Left Turn, Right Turn, Sidewipe (opposite direction)

See the second page for the accident diagram.

Cost of repairs to any one vehicle will be more than $1000. ☒ Yes ☐ No

## Location
- Place Where Accident Occurred: LAKE SUCCESS, VILLAGE OF
- County: NASS
- ☐ City ☒ Village ☐ Town
- Road on which accident occurred: I-495
- at 1) intersecting street: _____
- or 2) 75 Feet ☐N ☐S ☐E ☒W of exit 32 w/b

### Reference Marker
- 4 9 5
- 0 3 0 2
- 1 0 0 0

## Accident Description/Officer's Notes
At t/p/o mv3 is a NYC DOT Flat Bed Truck that was traveling slowly in the right lane following a road sweeper. MV3 had a functioning amber safety light illuminated showing traffic to change lanes and move over. mv2 was behind mv3 in the right lane. mv1 was traveling in the right lane and could not stop in time, mv1 tried to avoid mv2 by changing lanes. mv1 struck mv2 pushing mv2 into mv3.

## Involved Persons Table

| Row | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A 01 | 1 | 4 | | | 30 | M | - | - | - | | | KA, BLADIMIR | |
| B 02 | 1 | 4 | | 1 | 62 | M | 6 | 12 | 6 | 14715cv | 2901 | TIWARI, GHANSHYAM | |
| C 03 | 1 | 4 | | | 49 | M | 6 | 12 | 6 | 9999 | 2901 | SHAMBURGER, MATTHEW | |
| D 04 | 1 | 4 | | | 31 | M | - | - | - | | | FERNANDEZ PENA, JEURYS R | |
| E 02 | 3 | 4 | | | 59 | F | 6 | 12 | 6 | 14715cv | 2901 | BIWARI, MANJU | |
| F 02 | 6 | 4 | | | 12 | F | - | - | - | | | ANAND, PIA | |

Officer's Rank and Signature: PO
Print Name in Full: B. LAKE
Badge/ID No.: 881
NCIC No.: 02963
Precinct/Post/Troop/Zone: LSLS
Station/Beat/Sector: LSPD
Reviewing Officer: FERNANDEZ, T.
Date/Time Reviewed: 06/22/2020 22:51

This is to certify that this document is a true and complete copy of a record on
PAGE 2/5 * RCVD AT 7/7/2020 12:57:52 PM [Eastern Daylight Time] * SVR:SCGCW-RFWS1/10 * DNIS:2016396580 * CSID: * ANI:5164427311 * DURATION (mm-ss):02-39

# POLICE ACCIDENT REPORT

ABS-7  
MV-104A (6/04)  
DMV COPY  
GZLSB4BZJCGN  
☐ AMENDED REPORT

New York State Department of Motor Vehicles

**Accident Date:** Month 06 Day 16 Year 2020  
**Day of Week:** Tues  
**Military Time:** 11:38  
**No. of Vehicles:** 4  
**No. Injured:** 3  
**No. Killed:** 0  
**Not investigated at Scene:** ☐  
**Accident Reconstructed:** ☐  
**Left Scene:** ☐  
**Police Photos:** ☐ Yes ☒ No

## VEHICLE 1 - Driver
- License ID Number: 175288803
- State of Lic.: NY
- Driver Name: SHAMBURGER, MATTHEW
- Address: 11743 135TH ST
- City: JAMAICA, State: NY, Zip: 114200000
- Unlicensed: ☐
- No. of Occupants: 1
- Public Property Damaged: ☐
- Name on registration: new york city DOT
- Sex: C
- Address: 3211 HARPER ST
- City: CORONA, State: NY, Zip: 11368
- Plate Number: AE7725, State: NY, Year: 2011, Make: KW, Vehicle Type: H/AN, Ins. Code: 994

## VEHICLE 2 - Driver ☒
- License ID Number: F271840179O4892
- State of Lic.: NJ
- Driver Name: FERNANDEZ PENA, JEURYS R
- Address: 123 ENGLISH ST
- City: HACKENSACK, State: NJ, Zip: 076010000
- Sex: M
- No. of Occupants: 1
- Name on registration: penske leasing and rental
- Sex: C
- Address: 2675 MORGAN TOWN RD
- City: READING, State: PA, Zip: 19607
- Plate Number: XJLS94, State: NJ, Year: 2019, Make: FRHT, Vehicle Type: DELV, Ins. Code: 989

**Check if involved vehicle is (V1):** ☒ more than 34 feet long

**Check if involved vehicle is (V2):** ☒ more than 34 feet long

### VEHICLE 1 DAMAGE CODES
- Box 1 – Point of Impact: 9
- Box 2 – Most Damage: 9
- Enter up to three more Damage Codes: 10, 11, 9

### VEHICLE 2 DAMAGE CODES
- Box 1 – Point of Impact: 3
- Box 2 – Most Damage: 3
- Enter up to three more Damage Codes: 4, 5

**Vehicle Towed:** By NYC DOT to NYC DOT

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

**ACCIDENT DIAGRAM:** See the second page for the accident diagram

**Cost of repairs to any one vehicle will be more than $1000.** ☒ Yes ☐ No

**Reference Marker:** 4 9 5 0 3 0 2 1 0 0 0

**Place Where Accident Occurred:** County NASS ☐ City ☒ Village ☐ Town of LAKE SUCCESS, VILLAGE OF

Road on which accident occurred: I-495  
at 1) intersecting street: _____  
or 2) 75 Feet ☐N ☒S ☐E ☐W of exit 32 w/b

### Accident Description/Officer's Notes
mv1 then struck mv3. Mv1 then side swiped mv4. operator of mv1 stated he did not have enough room to stop. operator of mv2 states mv1 was traveling at a high rate of speed. operator of mv4 states he was changing lanes when we felt the crash on the passenger side of his vehicle. operator of mv2 and passengers were treated and transported by north shore AMT Jones. operator of mv3 was treated

**Officer's Rank and Signature:** PO  
**Print Name in Full:** B. LAKE  
**Badge/ID No.:** 881  
**NCIC No.:** 02963  
**Precinct/Post Troop/Zone:** LSLS  
**Station/Beat/Sector:** LSPD  
**Reviewing Officer:** FERNANDEZ, T.  
**Date/Time Reviewed:** 06/22/2020 22:51

is is to certify that this document is a true and complete copy of a record on

PAGE 3/5 * RCVD AT 7/7/2020 12:57:52 PM [Eastern Daylight Time] * SVR:SCGCW-RFWS1/10 * DNIS:2016396580 * CSID: * ANI:5164427311 * DURATION (mm-ss):02-39

# POLICE ACCIDENT REPORT

**New York State Department of Motor Vehicles**
MV-104A (6/04)
ABS-7 (1/1...)

□ AMENDED REPORT   DMV COPY

Local Codes: GZLSB4BZJCGN

## Accident Data
| Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 | 16 | 2020 | Tues | 11:38 | 4 | 3 | 0 | □ Accident Reconstructed □ | □ | □ Yes ☒ No |

### VEHICLE 1
- License ID Number / State of Lic.
- Driver Name — exactly as printed on license
- Address (Include Number & Street) / Apt. No.
- City or Town / State / Zip Code
- Date of Birth: Month / Day / Year
- Sex / Unlicensed / No. of Occupants / Public Property Damaged
- Name — exactly as printed on registration
- Address (Include Number & Street) / Apt. No. / Haz Mat Code / Released
- City or Town / State / Zip Code
- Plate Number / State of Reg. / Vehicle Year & Make / Vehicle Type / Ins. Code
- Ticket/Arrest Number(s)
- Violation Section(s)

Check if involved vehicle is:
- □ more than 95 inches wide;
- □ more than 34 feet long;
- □ operated with an overweight permit;
- □ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes

Vehicle Towed: By / To

### VEHICLE 2  □ VEHICLE 2  ■ BICYCLIST  □ PEDESTRIAN  □ OTHER PEDESTRIAN
(same fields as Vehicle 1)

Check if involved vehicle is:
- □ more than 95 inches wide;
- □ more than 34 feet long;
- □ operated with an overweight permit;
- □ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**

Vehicle Towed: By / To

## Accident Diagram
Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

1. Rear End
2. Sideswipe (same direction)
3. Left Turn
4. Left Turn
5. Right Angle
6. Right Turn
7. Head On
8. Sideswipe (opposite direction)

**See the second page for the accident diagram**

Cost of repairs to any one vehicle will be more than $1000.
□ Unknown/Unable to Determine   ☒ Yes   □ No

## VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

| Reference Marker | Coordinates (if available) |
|---|---|
| 4 9 5 | Latitude/Northing: |
| 0 3 0 2 | |
| 1 0 0 0 | Longitude/Easting: |

**Place Where Accident Occurred:**
County NASS   □ City ☒ Village □ Town of LAKE SUCCESS, VILLAGE OF
Road on which accident occurred: I-495
at 1) intersecting street _____
or 2) 75   □ N □ S □ E □ W   of exit 32 w/b
Feet / Miles   (Milepost, Nearest Intersecting Route Number or Street Name)

## Accident Description/Officer's Notes
...and transported by nassau county police medic Barhou. mv1 and mv2 were transported by tip top. mv3 was towed away by NYC DOT, MV1 has out of state insurance, New Jersey insurance company Truckers Choice Insurance agency policy #z188311-007n0. mv4 has out of state insurance, New jersey insurance company National Interstate insurance company, policy # CAT0080753-01

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | |

| Officer's Rank and Signature | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| PO   Print Name: B. LAKE | 881 | 02963 | LSLS | LSPD | FERNANDEZ, T. | 06/22/2020 22:51 |

...is to certify that this document is a true and complete copy of a record on
PAGE 4/5 * RCVD AT 7/7/2020 12:57:52 PM [Eastern Daylight Time] * SVR:SCGCW-RFWS1/10 * DNIS:2016396580 * CSID: * ANI:5164427311 * DURATION (mm-ss):02-39

ABS-7 (1/19)



Long Island Expressway w/b

